No. 2,135.—STATE OF MONTANA EX REL. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* HAMMOND PACKING CO. OF PUEBLO, COLO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,136.—STATE OF MONTANA EX REL. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* SWIFT & CO. OF CHICAGO, A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

Original—Applications for injunction.

Decided December 24, 1904.

PER CURIAM.—These causes having been heretofore argued and submitted upon demurrers, it is hereby ordered and adjudged that the demurrers herein be and they are hereby sustained and the proceedings dismissed.